```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARITZA PRINCE, individually and on behalf of all persons similarly situated,

       Plaintiff,

-against-

JASON D. BOROFF & ASSOCIATES, PLLC; BOSTON TREMONT HOUSING DEVELOPMENT FUND CORPORATION; PHIPPS HOUSES SERVICES, INC.; PROCESS SERVER PLUS, INC.; ENRIQUE DIAZ; and EMMANUEL LANZOT,

       Defendants.

**MEMORANDUM ENDORSED**

No. 24 Civ. 2706

**NOTICE OF DISMISSAL AS TO DEFENDANTS BOSTON TREMONT HOUSING DEVELOPMENT FUND CORPORATION AND PHIPPS HOUSES SERVICES, INC.**

  WHEREAS, on April 10, 2024, Plaintiff commenced this action in the U.S. District Court for the Southern District of New York, No. 24 Civ. 2706;

  WHEREAS, Plaintiff now seeks to dismiss her claims against Defendants Boston Tremont Housing Development Fund Corporation and Phipps Houses Services, Inc.;

  WHEREAS, Plaintiff expressly reserves all rights to pursue her claims against all other Defendants, both on her own behalf and on behalf of a putative class;

  PLAINTIFF HEREBY GIVES NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), she is dismissing her claims against Defendants Boston Tremont Housing Development Fund Corporation and Phipps Houses Services, Inc. with prejudice.

**Dated:** December 6, 2024

                          **NEW YORK LEGAL ASSISTANCE GROUP**
                          **LISA RIVERA, ESQ.**

                          By: /s/ Jessica Ranucci
                          Jessica Ranucci, of counsel
                          Danielle Tarantolo, of counsel
                          Genesis Miranda, of counsel
                          James Tourangeau, of counsel
                          100 Pearl Street, 19th Floor
                          New York, NY 10004
                          Telephone: (212) 613-5000
                          Email: jranucci@nylag.org

                          *Attorneys for Plaintiff Maritza Prince*

Plaintiff has voluntarily dismissed her individual claims against Defendants Boston Tremont Housing Development Fund Corporation and Phipps Houses Services, Inc. under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to remove the name of Defendants Boston Tremont Housing Development Fund Corporation and Phipps Houses Services, Inc. from the caption of this case.

    SO ORDERED.

Dated: December 6, 2024
New York, New York                                   _____
                                              GREGORY H. WOODS
                                          United States District Judge