UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARITZA PRINCE, *individually and on behalf of all persons similarly situated.*,

                              Plaintiff,

                  -against-

JASON D. BOROFF & ASSOCIATES PLLC., PROCESS SERVER PLUS INC., ENRIQUE DIAZ, and EMMANUEL LANZOT,

                            Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 2706 (GHW) (GS)**

**<u>VIDEO STATUS CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, February 27, 2025 at 11:00 a.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [268 707 230 982] Passcode: [3KW9ee7x]**

      **SO ORDERED.**

DATED:    New York, New York
                February 11, 2025

                                                          _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge