

April 7, 2025

Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

**Re:** *Prince v. Jason D. Boroff & Assocs., PPLC, et al., 24 Civ. 2706*

Dear Judge Stein:

      We write jointly on behalf of Plaintiff Maritza Prince and Defendant Jason D. Boroff & Associates, PLLC (the "Boroff Firm") to advise the Court that Plaintiff and the Boroff Firm have signed the attached stipulation of settlement that, upon approval, would resolve all claims against the Boroff Firm on behalf of Ms. Prince and the putative class. Pursuant to the Court's Order, ECF No. 51, Plaintiff will submit the Rule 23 preliminary approval motion papers to the Court by June 6, 2025.

                                                  Respectfully submitted,

                                                  <u>/s/ Jessica Ranucci</u>
                                                  Jessica Ranucci
                                                  *Counsel for Plaintiff and the Putative Class*