**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARITZA PRINCE,

                                  Plaintiff,

               -against-

JASON D. BOROFF & ASSOCIATES,
PLLC, *et al.,*

                              Defendants.
-----------------------------------------------------------------X

                                   **24 Civ. No. 2706 (GS)**

                               **VIDEO STATUS**
                         **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Friday, July 11, 2025 at 1:30**

**p.m.**  to discuss the issues raised in the parties' June 30, 2025 Joint Letter (Dkt. No. 90).  The

parties are directed to join the conference via Microsoft Teams at the scheduled time using the

following link: Click here to join the meeting.  **Meeting ID: [258 928 151 610 6]  Passcode:**

**[yT3Jn6MZ]**

       **SO ORDERED.**

DATED:     New York, New York
             July 7, 2025

                                         _____
                                       The Honorable Gary Stein
                                       United States Magistrate Judge