**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARITZA PRINCE,

                                Plaintiffs,

              -against-

JASON D. BOROFF & ASSOCIATES,
PLLC, *et al.,*

                                Defendants.
------------------------------------------------------------------X

**24 Civ. No. 2706 (GS)**

**<u>VIDEO CONFERENCE</u>**
**<u>SCHEDULING ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference on **Thursday, August 28, 2025 at 11:00 a.m.** to discuss the discovery disputes raised in the parties' August 15, 2025 Joint Status Letter. (Dkt. No. 97).  In advance of the conference, the parties are directed to submit a joint status letter following a substantive meet and confer by no later than **Monday, August 25, 2025**.  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [268 160 201 028 9]  Passcode: [eH3vX33o]**

       **SO ORDERED.**

DATED:     New York, New York
             August 19, 2025

                                           _____
                                      The Honorable Gary Stein
                                      United States Magistrate Judge