

One Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

MEMO ENDORSED

**MATTHEW P. GALLO**
**Partner**
mgallo@grsm.com
Direct (843) 714-2523

August 20, 2025

**VIA ECF**

Hon. Gary Stein
U.S. District Courthouse
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 702
New York, NY 10007

Application granted. Defendant Jason D. Boroff & Associates, PLLC is excused from attending the Video Conference scheduled for Thursday, August 28, 2025, from meeting and conferring on the discovery disputes raised in Dkt. No. 97, and from contributing to the joint status letter

Date: August 21, 2025
New York, NY

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

**Re:** ***Prince v. Jason D. Boroff & Associates, PLLC et al.***
***Case No. 1:24-cv-2706-GHW-GS***

Dear Judge Stein,

This firm represents Defendant Jason D. Boroff & Associates, PLLC ("Boroff") in the above-referenced matter. We are in receipt of Your Honor's Order scheduling a Video Conference on Thursday, August 28, 2025, and directing the Parties to hold a substantive meet-and-confer and submit a joint status letter no later than Monday, August 25, 2025.

We write to request permission to be excused from the joint status letter process and the scheduled Video Conference to discuss the discovery issues in this case. We take no position on the discovery issues and Boroff has no outstanding discovery. Rather, Boroff is awaiting the Court's approval of the settlement reached in this matter between Plaintiffs and Boroff.

We appreciate Your Honor's review and consideration of our request in this matter. If any additional information is needed, please just let us know.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

MATTHEW P. GALLO

cc: All counsel of record via ECF