UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARITZA PRINCE, individually and on behalf of all persons similarly situated,

    *Plaintiff*,

-against-

JASON D. BOROFF & ASSOCIATES, PLLC;
PROCESS SERVER PLUS, INC.;
ENRIQUE DIAZ; and
EMMANUEL LANZOT,

    *Defendants*.

No. 24 Civ. 2706 (GS)

**BAR ORDER**

**WHEREAS**, Plaintiff Martiza Prince ("Plaintiff") and Defendant Jason D. Boroff & Associates, PLLC ("Defendant" or the "Boroff Firm") reached a settlement in this litigation, the terms and conditions of which are memorialized in the Stipulation of Settlement and Release ("Stipulation of Settlement") filed with this Court on April 7, 2025 as ECF No. 64-1;

**WHEREAS**, in connection with the settlement reached between Plaintiff and the Boroff Firm, the Boroff Firm has filed a Motion for the Entry of a Bar Order (the "Motion"), to which Plaintiff has consented;

**WHEREAS,** the Process Server Defendants, as defined in the Stipulation of Settlement, informed the Court that they do not oppose the Boroff Firm's Motion (Dkt. No. 93);

**WHEREAS**, the Court has considered all papers, evidence and arguments filed and presented in support of and in opposition to the Motion;

**WHEREAS**, by its motion and on consent of Plaintiff, the Boroff Firm requests that the Court approve the entry of a bar order as to contribution, indemnity and other similar claims against the Boroff Firm;

1

**WHEREAS**, the entry of such bar order is a material term of Stipulation of Settlement; and

**WHEREAS**, the Court has determined that the judgment reduction provisions set forth below adequately protect the rights of the remaining, non-settling defendants.

**NOW THEREFORE**, based upon these findings and good cause therefore having been shown to this Court's satisfaction;

**IT IS HEREBY ORDERED**:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement, and all capitalized terms used herein shall have the same meanings as set forth therein, unless otherwise defined herein.

2. As of the Final Settlement Date, the Process Server Defendants, and their successors and assigns who are or may be liable to Plaintiff or the Settlement Class, are barred and permanently enjoined from making any claim against the Boroff Firm for contribution or indemnity (or any other claim measured by the Process Server Defendants' or such successor's and/or assign's liability to Plaintiff or the Settlement Class), however denominated or styled, whether based on federal, state or foreign law, whether by claim, cross-claim, counterclaim or third-party claim, arising out of or relating in any way to the above-captioned matter.

3. As of the Final Settlement Date, the Boroff Firm, and its successors and assigns who are or may be liable to Plaintiff or the Settlement Class, is barred and

permanently enjoined from making any claim against the Process Server Defendants for contribution or indemnity (or any other claim measured by the Boroff Firm's or such successor's and/or assign's liability to Plaintiff or the Settlement Class), however denominated or styled, whether based on federal, state or foreign law, whether by claim, cross-claim, counterclaim or third-party claim, arising out of or relating in any way to the above-captioned matter.

4. In the event Plaintiff and/or the settlement class certified in connection with final approval of the class action settlement between Plaintiff and the Boroff Firm (the "Class") secure a litigated judgment or default judgment against any of the Process Server Defendants after the Final Settlement Date, the damages recoverable from the Process Server Defendant(s) in favor of Plaintiff and/or the Class shall be reduced by the greater of:

  i. the amount of funds paid by the Boroff Firm and actually received by Plaintiff and/or the Class in the form of Settlement Class Member Awards and a Service Award (exclusive of Administration Expenses and Approved Attorneys' Fees); or

  ii. an amount that corresponds to the percentage of responsibility attributable to the Boroff Firm as determined by the Court or trier of fact.

Dated: September 11, 2025  
   New York, New York

_____  
The Honorable Judge Gary Stein  
United States Magistrate Judge