UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARITZA PRINCE; individually and on behalf of all persons similarly situated,<br><br>                                      Plaintiff,<br><br>-against-<br><br>JASON D. BOROFF & ASSOCIATES, PLLC; PROCESS SERVER PLUS INC.; ENRIQUE DIAZ; EMMANUEL LANZOT,<br>                                      Defendants. | No. 24 Civ. 2706 (GS)<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND PROVISIONALLY CERTIFYING SETTLEMENT CLASS** |

GARY STEIN, United States Magistrate Judge:

      This matter comes before the Court on the motion of Plaintiff Maritza Prince, on behalf of herself and putative Class Members, with the consent of Defendant Jason D. Boroff & Associates, PLLC ( the "Boroff Firm"), for preliminary approval of the Stipulation of Settlement and Release as to All Claims Against Defendant Jason D. Boroff & Associates, PLLC ("Boroff Settlement") dated April 7, 2025, and related relief.

**NOW IT IS HEREBY ORDERED AS FOLLOWS:**

1. <u>Definitions</u>. For the purposes of this Order, the Court adopts by reference the definitions set forth in the "Definitions" sections of the Boroff Settlement.

2. <u>Certification of the Class</u>. The Court provisionally finds that the proposed class meets the requirements set forth in Fed. R. Civ. P. 23(a), 23(b)(2) and 23(b)(3), and hereby:

    (a) Provisionally certifies under both Fed. R. Civ. P. 23(b)(2) and 23(b)(3), for purposes of the proposed Settlement only, pending a Fairness Hearing and further order of the Court, a class consisting of: All individuals sued by the Boroff Firm on behalf of a Lawsuit Landlord on or after April 10, 2021 in Bronx Housing Court in lawsuits in

which the affidavit of service for the Eviction Petition has been filed stating that Diaz or Lanzot, on behalf of Process Server Plus, effectuated Conspicuous Service;

(b) For the purposes of the proposed Settlement, approves Maritza Prince as Class Representative; and

(c) For the purposes of the proposed Settlement, appoints the New York Legal Assistance Group as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

3. <u>Preliminary Approval</u>: The Court preliminarily approves the proposed Settlement as set forth in the Boroff Settlement as providing sufficiently fair, reasonable, and adequate relief to the Class, and finds that it is the result of intensive arms-length negotiations between experienced attorneys familiar with the legal and factual issues of this case. Specifically, the Court provisionally finds that:

(a) The payment of a Gross Settlement Amount of a total of $212,500 is fair, reasonable, and adequate;

(b) The non-monetary relief provided for in the Boroff Settlement, including the Eviction Cessation, is fair, reasonable, and adequate;

(c) The Allocation Plan submitted by Class Counsel provides for distribution of payments to the Class in a manner that is fair, reasonable, and adequate;

(d) Subject to further information to be provided by Class Counsel in connection with final approval of the Settlement, the anticipated payment to Class Counsel of Approved Attorney's Fees of an amount to be specified, but which will not exceed $70,833, is fair and reasonable;

    (e)    The anticipated Service Award payment of up to $5,000 to the Named Plaintiff to account for her role in litigating the Action is fair, reasonable and adequate; and

4. <u>Contribution of Gross Settlement Amount</u>: The Court directs that:

    (a)    Within thirty (30) days of this Order, or the date on which the Class Administrator notifies Class Counsel and the Boroff Firm that the Class Settlement Account has been created, whichever is later, the Boroff Firm will deposit or cause to be deposited $212,500 into the Class Settlement Account; and

5. <u>Class Administrator</u>: The Court appoints Atticus Administration, LLC to serve as the Class Administrator, and approves the payment of up to $29,667 in Administration Expenses from the Class Settlement Account.

6. <u>Class Notice</u>: The Court approves the form and content of the Individual Notices, attached as Exhibits 4, 5, 6, and 7 to the Declaration of Genesis Miranda, as follows:

    (a)    The Court finds that the Individual Notices will fully and accurately inform potential Class Members of all material elements of the Boroff Settlement, the right to be excluded from the Class, and the right to object to the Boroff Settlement.

    (b)    No later than sixty (60) days prior to the Objection, Exclusion, and Claim Submission Deadline, the Class Administrator shall distribute the Individual Notices to all Class Members, and, by no later than that same date, shall cause a website to be established and post a copy of the Individual Notices on the website.

    (c)    The Court finds that the proposed plan to distribute notice, set forth at ¶¶ 29-38 of the Declaration of Genesis Miranda, provides the best notice practicable under the circumstances, constitutes due and sufficient notice to the Class, and complies with the requirements set forth under Fed. R. Civ. P. 23 and any other applicable law.

    (d)    Class Counsel and the Class Administrator may make any ministerial amendments to or modifications to the Individual Notices, the notice plan, and the Allocation Plan, and may create email or text message versions of the Individuals Notices, without notice to or approval by the Court, so long as such changes or versions are not materially inconsistent with this Order and do not materially limit the rights of Class Members.

    (e)    The Court expressly authorizes additional notice to be sent via text message and/or email, at Class Counsel's discretion.

7. <u>Objections to Settlement</u>: A Class Member who wishes to object to the proposed Settlement may do so by filing an objection as set forth below:

    (a)    A Class Member who wishes to object must submit to the Class Administrator a written statement of reasons, including any legal support or evidentiary support, for their objection, postmarked or electronically submitted no later than the Objection, Exclusion, and Claim Submission Deadline.

    (b)    The Objection, Exclusion, and Claim Submission Deadline shall be **Thursday, November 20, 2025** (twenty-one (21) days before the scheduled date of the Fairness Hearing).

(c)     An objection must include the name, title, and docket number of the Lawsuit, as well as the full name, address, telephone number, email address if available, and signature (including electronic signature) of the Class Member.

(d)     Class Members who intend to appear at the Fairness Hearing should so advise the Class Administrator in their written objection. If a Class Member retains counsel to appear on their behalf at the Fairness Hearing, such counsel must file with the Court and serve on Defendants Counsel and Class Counsel a notice of intention to appear, which must be received on or before the Objection, Exclusion, and Claim Submission Deadline.

(e)     The Class Administrator shall send a copy of each objection it receives to Defendants' Counsel and Class Counsel by email promptly after the objection is received, and in no event later than two (2) days after the Objection, Exclusion, and Claim Submission Deadline.

(f)     Any Class Member who does not submit a valid and timely objection shall be deemed to have waived and forfeited any and all rights that he or she may have to object and shall be barred from making any objection to the proposed Settlement.

8. <u>Requests for Exclusion</u>: Any Class Member may seek to exclude themselves from the Boroff Settlement. Any Class Member so excluded shall no longer be a member of the Class, shall not be bound by the Boroff Settlement, and shall not be entitled to any of its benefits.

(a)     A Class Member who wishes to be excluded from the Class must send to the Class Administrator a request for exclusion postmarked or electronically

        submitted no later than the Objection, Exclusion, and Claim Submission Deadline.

    (b)    A valid request for exclusion must be in writing, and must contain the full name, address, telephone number, email address if available, and signature (including electronic signature) of the Class Member.

    (c)    The Class Administrator shall send a copy of each request for exclusion it receives to Defendants' Counsel and Class Counsel by email promptly after the request is received, and in no event later than two (2) days after the Objection, Exclusion, and Claim Submission Deadline.

    (d)    Any Class Member who does not timely submit a valid request for exclusion shall be bound by the terms of the Boroff Settlement as well as the Final Approval Order.

9. <u>Claim Submission</u>: Any Class Member seeking a distribution from the Class Settlement Account must send or electronically submit a Claim Form to the Class Administrator postmarked or electronically submitted no later than the Objection, Exclusion, and Claim Submission Deadline. Class Counsel is expressly authorized, in their sole discretion, to allow any Class Member who submits a Claim Form after the Objection, Exclusion, and Claim Submission Deadline to receive a distribution from the Class Settlement Account to the extent that allowing such a distribution will not delay the provision of distributions to any Class Member who timely filed a Claim Form.

10. <u>Fairness Hearing</u>: A Final Approval and Fairness Hearing will be held on **Thursday, December 11, 2025** [per the parties' agreement, no earlier than 90 days from the date

of this Order] at **2:00 p.m.**, at which time the Court will determine whether to grant final approval of the Boroff Settlement, and whether to enter the Final Approval Order.

> The Fairness Hearing will be held at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York Courtroom 9A. Class Members may attend the Fairness Hearing in person or by calling 646-453-4442 and using phone conference ID 518 207 785# .

(a) Papers in support of a motion for entry of the Final Approval Order and the petition for attorneys' fees shall be filed with the Court on or before **Monday, December 1, 2025** [no later than 10 days before the date of the Fairness Hearing]. Any responses to objections to the Boroff Settlement or the petition for Attorney's Fees, and any further papers in support of the motion for entry of the Final Approval Order or the petition for attorneys' fees, shall be filed with the Court on or before **Friday, December 5, 2025** [no later than three days before the date of the Fairness Hearing].

11. <u>Termination</u>: This Order shall terminate in the event that the Court denies the motion to enter the Final Approval Order following the Fairness Hearing with respect to the Boroff Settlement or if the Boroff Settlement is rejected by the mandate of an appellate court. In such event, the Boroff Settlement shall be null and void and shall have no force or effect, no Party shall be bound by any of its terms, all Parties and Class Members shall be restored to their respective positions existing immediately before the Execution Date of the Boroff Settlement, and any order entered by the Court in accordance with the Boroff Settlement shall be treated as vacated.

**SO ORDERED.**

Dated: New York, New York
September 11, 2025

Gary Stein
United States Magistrate Judge
Southern District of New York