UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARITZA PRINCE; individually and on behalf of all persons similarly situated,<br>Plaintiff,<br><br>-against-<br><br>JASON D. BOROFF & ASSOCIATES, PLLC; PROCESS SERVER PLUS INC.; ENRIQUE DIAZ; EMMANUEL LANZOT,<br>Defendants. | No. 24 Civ. 2706 (GHS)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Plaintiff's Motion for Certification of a Settlement Class and Final Approval of Class Action Settlement, and the December 1, 2025 Declaration of Genesis Miranda in Support of Certification of a Settlement Class and Final Approval of Class Action Settlement, Plaintiff, by her attorneys the New York Legal Assistance Group ("NYLAG"), will move this Court before the Honorable Gary Stein, United States Magistrate, at the United States Courthouse for the Southern District of New York, at 500 Pearl Street, New York, New York, on December 11, 2025 at 2:00p.m., for an Order:

(i) certifying this case as a class action for settlement purposes pursuant to Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure, on behalf of a Class defined as "all individuals sued by the Boroff Firm on behalf of a Lawsuit Landlord on or after April 10, 2021 in Bronx Housing Court in lawsuits in which the affidavit of service for the Eviction Petition has been filed stating that Diaz or Lanzot, on behalf of Process Server Plus, effectuated Conspicuous Service";

(ii) granting Final Approval to the Settlement Agreement of this class action; and

    (iii)    granting such other relief as the Court deems just and proper.

Dated: December 1, 2025
       New York, New York

*[signature]*

**LISA RIVERA, Esq.**
NEW YORK LEGAL ASSISTANCE GROUP

100 Pearl Street, 19th Floor
New York, New York 10004
(212) 613-6500
dtarantolo@nylag.org

**DANIELLE TARANTOLO**, Of Counsel
**GENESIS MIRANDA**, Of Counsel
**ANDREA ASHBURN**, Of Counsel

*Counsel for Plaintiff*