

November 24, 2025

Hon. Gary Stein
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Prince v. Jason D. Boroff & Assoc., PLLC, et al.*, No. 24 Civ. 2706 (GS)

Dear Judge Stein:

     The New York Legal Assistance Group ("NYLAG") represents the Named Plaintiff and the provisionally certified Class in the above-captioned action. We write with a further update on our outreach efforts to the Class and to request that the Court authorize limited additional funds for Administration Expenses. Defendant Boroff does not oppose this motion.

     As we updated the Court on November 20, 2025, the Class Administrator, Atticus Administration, LLC., has taken additional steps to notify the provisionally approved Class about the Settlement, and will continue to do so through the extended Claim Submission Deadline of December 9, 2025. ECF 121. To that end, Class Counsel has engaged in extensive discussions with Atticus about improving response rates through additional outreach. This undertaking will likely come at a cost that exceeds the preliminarily approved Administration Expenses of $29,667. ECF 107 ¶ 5. Class Counsel believes the benefit of increasing Claim Submissions and distributing funds to more Class Members justifies the new, additional outreach costs. We respectfully request that the Court approve the expenditure of an additional $5,000 towards Administration Expenses, for a total of up to $34,667. These additional funds will cover skip tracing for contact information of Class Members and additional rounds of outreach to the Class via telephone, email, and text. If approved, Class Counsel will be prepared to provide the Court with a detailed accounting of the additional outreach undertaken by the Class Administrator during the Fairness Hearing.

     If the Court has any questions, we would be happy to answer them. Thank you for your consideration.

                                                             Respectfully Submitted,

Dated: November 24, 2025                /s/ *Genesis Miranda*
      New York, New York                  Danielle Tarantolo
                                                Genesis Miranda
                                                Andrea Ashburn
                                                NEW YORK LEGAL ASSISTANCE GROUP
                                                100 Pearl Street, 19th Floor
                                                New York, New York 10004

                                                *Counsel for Plaintiff*

Application granted. The Class is authorized to utilize limited additional funding of $5,000 for the administrative expenses described herein. Total Administration Expenses are hereby increased from $29,667 to $34,667. Consistent with Class Counsel's offer, the Court will expect Counsel to provide and discuss accounting of these additional outreach measures taken by the Class Administrator during the Court's December 11, 2025 Fairness Hearing.

SO ORDERED.

Date:   New York, New York
        December 1, 2025

*Gary Stein*
Gary Stein
United States Magistate Judge
Southern District of New York