

December 10, 2025

Hon. Gary Stein
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re: *Prince v. Jason D. Boroff & Assoc., PLLC, et al.*, No. 24 Civ. 2706 (GS)

Dear Judge Stein:

We write on behalf Named Plaintiff Maritza Prince and the provisionally certified Class. Consistent with the Court's Order, ECF No. 129, we are submitting supplemental information in support of Plaintiff's motion for final settlement approval and class certification, ECF Nos. 125-128.

Outreach Efforts to Class Members

Since our submission for final settlement approval on December 1, 2025, the Class Administrator, Atticus Administration LLC., has taken the following steps to communicate information about the Settlement to class members and encourage them to submit claims:

- On December 1, 2025, Atticus completed idiCORE searches for 152 Substantial Harm and Eviction Households who had not filed a claim;
- On December 4, 2025, Atticus updated the Settlement website and added Plaintiff's Memorandum of Law in Support of Certification of a Settlement Class and Final Approval of Class Action Settlement, along with supporting documents;
- On December 8, 2025, Atticus sent 83 text messages to Substantial Harm and Eviction Households for whom telephone numbers were newly identified through the idiCORE search; and
- On December 8, 2025 Atticus sent 16 emails to Substantial Harm and Eviction Households whose email addresses were newly identified through the idiCORE search.
- As a result of the idiCORE searches, Atticus now possesses additional possible mailing addresses for 26 Substantial Harm and Eviction Households. Atticus is prepared to send additional mailed notices to these households once Class Counsel advises about an updated Claim Submission Deadline.

In addition to these communications, the Class Administrator has undertaken targeted outreach by directly communicating with Substantial Harm and Eviction Households. Through December 9, 2025, Atticus has contacted 122 Class Members who they have either spoken with or left voicemails.

A representative from Atticus will be available by phone during the Fairness Hearing tomorrow to answer any questions the Court may have regarding additional outreach efforts to Class Members.

To supplement Atticus's outreach efforts, NYLAG has itself contacted 25 Substantial Harm Class Members. Three Class Members completed claim forms, with NYLAG staff's assistance, during the calls. Three additional Class Members expressed interest in completing the claim forms; NYLAG sent follow-up text messages to those individuals with settlement website information. In the other calls, NYLAG either did not reach working numbers or left voicemails.

Additionally, since December 1, 2025, NYLAG contacted eleven Procedural Harm Class Members who are also former NYLAG clients. NYLAG assisted one member in submitting a claim form; emailed claim submission instructions to four individuals; left voicemails for three; and was unable to reach the remaining three.

As of today, a total of 152 unique Class Members in 148 unique households have submitted valid Claim Forms as follows: 109 Procedural Harm Class Members in 109 unique households (7.6% of the total Procedural Harm Class Member Households), 36 Substantial Harm Class Members in 33 unique households (24.3% of the total Substantial Harm Class Member Households), and 7 Eviction Class Members in 6 unique households (15.4% of the total Eviction Class Member Households).

Administration Costs
On December 1, 2025, ECF No. 129, the Court authorized $5,000 in limited additional funding towards administrative expenses. Based on the Allocation Plan distribution of the Gross Settlement Amount, and this Order, total Administration Expenses are approved up to $34,667, leaving at least $102,000 available to distribute to Class Members. The final costs to Atticus through December 10, 2025 are $29,308.

Estimated Distributions
Under the Court's Order, ECF No. 129, the Claim Submission Deadline was revised to yesterday, December 9. Consistent with the Allocation Plan, if no further claims were accepted, given the number of valid claims filed by Class Members, the estimated per capita distribution would be as follows: $50 per Procedural Harm Household; $1,893.14 per Substantial Harm Household; and $5,679.41 per Eviction Household.

Proposed Claim Submission Deadline Extension
The additional outreach by Atticus and NYLAG over the past several weeks has meaningfully increased the number of Class Members who have submitted claim forms. In NYLAG's view, there are additional opportunities for continued outreach, including by mailing notices to newly obtained addresses for Substantial Harm and Eviction Households, and by contacting newly obtained phone numbers via telephone and text. Accordingly, subject to discussion with the Court, NYLAG expects that it will request a further extension of the Claim Submission Deadline, and believes that such an extension would be in the best interests of the Class overall. Defendant Boroff would not oppose such an extension.

We look forward to discussing these updates, and this request, with the Court during tomorrow's Fairness Hearing.

                                                                           Respectfully Submitted,

Dated: December 10, 2025            /s/ *Genesis Miranda*
      New York, New York             Genesis Miranda
                                              Danielle Tarantolo
                                              Andrea Ashburn
                                              NEW YORK LEGAL ASSISTANCE GROUP
                                              100 Pearl Street, 19th Floor
                                              New York, New York 10004

                                              *Counsel for Plaintiff*