**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
MARITZA PRINCE; individually and on
behalf of all persons similarly situated,

Plaintiff,

-against-

JASON D. BOROFF & ASSOCIATES,
PLLC; PROCESS SERVER PLUS
INC.; ENRIQUE DIAZ; EMMANUEL
LANZOT,

Defendants.
--------------------------------------------------------------------------X

**24 Civ. No. 2706 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter-motion, dated December 9, 2025, to compel production of documents from non-party Branko Rakamaric in response to a document subpoena served under Federal Rule of Civil Procedure 45. (Dkt. No. 134). However, from the contents of the motion alone, the Court cannot determine whether Plaintiff served a copy of the motion on Mr. Rakamaric. Accordingly, Plaintiff is hereby ordered to serve her letter-motion and all supporting papers on Mr. Rakamaric, together with a copy of this Order, and file proof of service of such materials in this case, by no later than Wednesday, January 7, 2026. Mr. Rakamaric shall have until Wednesday, January 21, 2026 to submit papers in opposition to Plaintiff's motion to compel. Mr. Rakamaric is hereby warned that the failure to respond may result in Plaintiff's motion being treated as unopposed.

    **SO ORDERED.**

DATED:    New York, New York
             December 30, 2025

_____

The Honorable Gary Stein
United States Magistrate Judge

2