UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARITZA PRINCE, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>JASON D. BOROFF & ASSOCIATES, PLLC; PROCESS SERVER PLUS, INC.; ENRIQUE DIAZ; and EMMANUEL LANZOT,<br><br>Defendants. | **No. 24 Civ. 2706**<br><br>ORDER COMPELLING PRODUCTION |

GARY STEIN, United States Magistrate Judge:

By and through the parties' January 16, 2026 joint status letter to the Court, Plaintiff Maritza Prince and Defendant Process Server Plus ("PSP") jointly request that the Court order production of certain documents from PSP.

**NOW IT IS HEREBY ORDERED AS FOLLOWS:**

Within seven (7) days of this Order, PSP is directed to produce certified copies of all GPS records for Defendants Lanzot and Diaz from the period January 5, 2021 to April 18, 2024, which PSP is expressly directed to obtain from its third-party GPS contractor.

**SO ORDERED.**

Dated:  February 4, 2026
_____
New York, New York

_____
**GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**