

April 2, 2026

<u>Via ECF</u>
Hon. Gary Stein
United States Magistrate Judge
500 Pearl St.
New York, NY 10007

**Re: *Prince v. Jason D. Boroff & Assoc., PLLC, et al.*, No. 24 Civ. 2706 (GS): Joint Request for Extension of Discovery Deadlines and Plaintiff's Status Update**

Dear Judge Stein:

We write on behalf of Plaintiff Maritza Prince to request, jointly with Defendants, a 60-day extension of discovery deadlines, in accordance with F.R.C.P. 16(b) and Your Honor's Individual Practices in Civil Cases Rule I.G. Defendants Process Server Plus, Mr. Lanzot, and Mr. Diaz join Plaintiff's request for an extension; however, the status update in this letter, which provides context for the request, is submitted solely on behalf of Plaintiff.

**Joint Extension Request**

This is the Parties' third request for an extension of the fact and expert discovery cut-off deadlines; these extensions were granted by the Court. ECF Nos. 119 (first extension of fact discovery deadlines); 123 (conforming first extension of expert discovery deadlines to align with previously granted fact discovery deadlines); 131 (second extension of expert and fact discovery deadlines). The proposed deadlines are as follows:

| Event | Current Deadline (ECF 131) | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-off | April 6, 2026 | June 5, 2026 |
| Plaintiff's Expert Report(s) | May 5, 2026 | July 6, 2026 |
| Defendants' Expert Report(s) | May 19, 2026 | July 20, 2026 |
| Expert Discovery, including Expert Depositions | June 19, 2026 | August 18, 2026 |

**Plaintiff's Status Update**

Plaintiff has continued to press for needed discovery but requires additional time to complete depositions and to obtain categories of key documents that Defendants have persistently refused to produce. Specifically, Defendant Process Server Plus remains in violation of the Court's February 4, 2025 Order to produce certified GPS records, which violation forms the basis of Plaintiff's February 27 motion for sanctions; this motion remains pending before Your Honor. ECF Nos. 146, 152. In addition, Defendant has not produced any of the records sought in Plaintiff's February 27 motion to compel production, which also remains pending. ECF No. 153 (compelling responses regarding PSP's data systems and third-party communications).

Furthermore, recent deposition testimony has brought to light significant further deficiencies in Defendants' past productions. Plaintiff completed a Fed. R. Civ. P. 30(b)(1) deposition of Defendant Mr. Diaz on March 12, and a Fed. R. Civ. P. 30(b)(6) deposition of Mr. Thomas Dundas, Process Server Plus's corporate representative, on March 25. These depositions revealed that Defendants possess numerous categories of documents they previously represented they did not possess and/or have withheld from production without basis, and that Defendants have likely spoliated other categories of responsive documents. Plaintiff sent a letter dated March 18 outlining the deficiencies that Mr. Diaz's deposition brought to light, and has received no response. Plaintiff expects shortly to send a second letter, outlining similar deficiencies identified during the Fed. R. Civ. P. deposition of Mr. Dundas.

Meanwhile, Plaintiff has faced obstacles completing the Fed. R. Civ. P. 30(b)(1) deposition of Mr. Lanzot. Plaintiff originally noticed that deposition for March 10 and then was told Mr. Lanzot had left the country. Thereafter, Mr. Lanzot reached out directly to undersigned counsel regarding a deposition notice mailed to his home in New York, suggesting he had not been previously informed of the deposition date by counsel and that he was in the country. Plaintiff's counsel worked with opposing counsel to immediately re-notice Mr. Lanzot's deposition for March 31, 2026, but was informed by counsel on March 27 that counsel was not able to confirm the deposition date with Mr. Lanzot and the deposition would not go forward. Plaintiff is continuing to attempt to reschedule Mr. Lanzot's deposition without court intervention.[1]

 These persistent challenges have led directly to the above request to extend the discovery deadline. Plaintiff will continue to work with Defendants to see if we can make progress obtaining crucial missing discovery. However, we respectfully request that the Court schedule the parties for a status conference during the weeks of April 15-24, or as soon thereafter as is convenient for the Court, so that the Court can provide assistance in the likely event that critical gaps remain. Plaintiff also respectfully requests that the Court reinstate a schedule for regular status updates, as Plaintiff believes those updates assisted the parties in moving discovery disputes forward.

Application granted.  The discovery deadlines are extended as set forth herein.  Additionally, the Court shall separately schedule a discovery conference in this action.  SO ORDERED.

Date:   April 3, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Respectfully submitted,

/s/ Danielle Tarantolo
Danielle Tarantolo
Andrea Ashburn
Claire Torchiana
*Counsel for Plaintiff*

---

[1] Additionally, Defendant noticed a deposition of Ms. Prince, to which Plaintiff objected on numerous grounds, most saliently, Defendants' own persistent discovery failures. Defendant withdrew that notice and Plaintiff has communicated that we will reconsider our position if and when Defendants come into compliance with their own obligations.