**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARITZA PRINCE,

                                        Plaintiff,

                                                                    **24 Civ. 2706 (GS)**

            -against-

JASON D. BOROFF & ASSOCIATES,
PLLC*, et al.,*

                                        Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Discovery Conference on **Friday, April 17, 2026 at 11:00**

**a.m.**  Counsel are directed to appear for the conference in Courtroom 9A, 500 Pearl Street, New

York, New York 10007.

        **SO ORDERED.**

DATED:        New York, New York
              April 3, 2026

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge