**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
MARITZA PRINCE; individually and on
behalf of all persons similarly situated,

                              Plaintiff,

                                                          **24 Civ. 2706 (GS)**
            -against-

                                                              **ORDER**
JASON D. BOROFF & ASSOCIATES,
PLLC; PROCESS SERVER PLUS
INC.; ENRIQUE DIAZ; EMMANUEL
LANZOT,

                              Defendants.
---------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On April 17, 2026, the Court held a hearing with respect to Plaintiff's February 27, 2026 letter motion to compel production of certain documents and interrogatory responses from Defendant Process Server Plus Inc. ("PSP") (Dkt. No. 153), Plaintiff's February 27, 2026 letter motion for discovery sanctions (Dkt. No. 152), and Plaintiff's April 2, 2026 letter raising other discovery concerns (Dkt. No. 156).

The Court will separately address Plaintiff's motion for sanctions, which was taken under advisement. This Order memorializes the Court's rulings at the April 17, 2026 hearing with respect to the issues raised by Plaintiff's February 27, 2026 motion to compel and April 2, 2026 letter.

As noted at the hearing, two of the categories of items which Plaintiff moved to compel have since been resolved, at least for the time being. Specifically, Plaintiff no longer requests an updated response to Interrogatory No. 7, and PSP,

shortly before the conference, produced screenshots of its data system. (*See* Dkt. No. 153 at 2). Plaintiff, who had not been able to review the screenshots prior to the hearing, will do so afterwards and raise any additional questions or requests for additional information with PSP. If the parties, after engaging in a meet-and-confer process, have any remaining dispute with regard to this information, the dispute may be raised with the Court.

The only outstanding category of documents in the motion to compel is emails between PSP's principal, Thomas Dundas, and Branko Rakamaric, who provides GPS custodial and IT services to PSP. (*See* Dkt. No. 153 at 2). PSP previously provided a screenshot indicating that there were as many as 60 responsive emails, which have not been produced and apparently were deleted. PSP was unable to retrieve those emails itself but has been in the process of determining whether Mr. Rakamaric is able to retrieve them. In addition, as discussed at the hearing, Plaintiff has requested, and PSP has agreed to provide, a sample of the type of email with GPS data regularly auto-generated by Rastrac software and sent to Mr. Rakamaric, with a copy to PSP.

Plaintiff also raised concerns at the hearing regarding PSP's production of Defendants Diaz's and Lanzot's phone and IMEI numbers, as well as regarding Lanzot's upcoming deposition.

Accordingly, and for the reasons discussed during the hearing, it is hereby **ORDERED** that:

1.  PSP shall produce a sample email of the type auto-generated by the

Rastrac software by no later than April 21, 2026;

2. PSP shall produce the correct work phone and IMEI numbers for Diaz and Lanzot by no later than April 21, 2026;

3. PSP shall file a status letter with the Court regarding the recoverability, if any, of relevant deleted emails and efforts to ascertain their recoverability by no later than April 24, 2026; and

4. The parties shall hold Defendant Lanzot's deposition on April 23, 2026, as noticed by Plaintiff, absent further Order by the Court.

The Clerk of Court is respectfully directed to close the open motion at Docket Number 153.

**SO ORDERED.**

DATED:     New York, New York
           April 21, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

3