NYLAG
New York Legal Assistance Group

July 17, 2026

Via ECF
Hon. Gary Stein
United States Magistrate Judge
500 Pearl St.
New York, NY 10007

MEMO ENDORSED

**Re: *Prince v. Jason D. Boroff & Assoc., PLLC, et al.*, No. 24 Civ. 2706 (GS)**

Dear Judge Stein:

We write on behalf of Plaintiff Maritza Prince to respectfully request that the upcoming August 14, 2026 status conference (ECF No. 184) be rescheduled to a different date. The reason for the requested scheduling change is that Plaintiff's counsel has unmovable out-of-country travel from August 11 through August 30, 2026. Counsel for the parties are mutually available on Thursday, August 6, 2026. Plaintiff's counsel is also available on the following dates:

- Tuesday, July 28, 2026;
- Wednesday, July 29, 2026;
- Tuesday, August 4, 2026; and
- Wednesday, August 5, 2026.

Defendants indicated that they are unavailable during the above four dates, but did not provide any reason for their unavailability or alternative options. Plaintiff will provide more availability if requested by Your Honor.

Respectfully submitted,

/s/ Andrea Ashburn
Andrea Ashburn
*Counsel for Plaintiff*

Application granted. The Status Conference scheduled for August 14, 2026 is hereby adjourned to September 2, 2026 at 10:00 a.m. The parties are directed to refer to the Microsoft Teams Meeting Information on Dkt 184 to join the conference. SO ORDERED.

Date: July 21, 2026

Gary Stein
United States Magistate Judge
Southern District of New York