**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARITZA PRINCE,

Plaintiff,

-against-

JASON D. BOROFF & ASSOCIATES ,
PLLC, *et al.,*

Defendants.

-----------------------------------------------------------------X

**24 Civ. No. 2706 (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Tuesday, December 1, 2026 at 3:00 p.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [250 153 082 243 755 2] Passcode: [CR6ec32X]**

**SO ORDERED.**

DATED: New York, New York
November 4, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge